No. 893, Misc. GRAVES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Peter Sanchez-Navarro, Jr.,* for petitioner. *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *Stanton Stone,* Executive Assistant Attorney General, and *Howard M. Fender* and *Lonny F. Zwiener,* Assistant Attorneys General, for respondent.

No. 895, Misc. JEDBY *v.* CARTER, ACTING WARDEN. Sup. Ct. Mo. Certiorari denied.

No. 896, Misc. YARBROUGH *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 909, Misc. STAMPER *v.* SCHUBERT, STATE HOSPITAL SUPERINTENDENT. C. A. 7th Cir. Certiorari denied.

No. 553. WINKLE *v.* BANNAN, WARDEN, 379 U. S. 645;

No. 743. LEVINE *v.* UNITED STATES, *ante,* p. 915;

No. 759, Misc. BRYAN *v.* UNITED STATES, *ante,* p. 921; and

No. 823, Misc. MINCHELLA *v.* LEVIN, CHIEF JUDGE, U. S. DISTRICT COURT, *ante,* p. 936. Petitions for rehearing denied.

No. 741, Misc. MEEKS *v.* ILLINOIS. Sup. Ct. Ill. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. Petitioner *pro se. William G. Clark,* Attorney General of Illinois, and *Edward A. Berman,* Assistant Attorney General, for respondent.